UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23436-CIV-GOLD/MCALILEY

ROLANDO LUZBEL,

    Plaintiff,

vs.

SWISSPORT USA, INC.,

    Defendant.
_____/

ORDER SETTING ORAL ARGUMENT ON MOTION
TO REMAND [DE 4]; SETTING BRIEFING SCHEDULE

THIS CAUSE is before the Court upon Plaintiff's Motion to Remand [DE 4]. I have reviewed the Motion and concluded that oral argument is necessary. Accordingly,

a. Oral argument on the Motion is hereby set before the Honorable Alan S. Gold, at the United States District Courthouse, Courtroom 11-1, Eleventh Floor, 400 North Miami Avenue, Miami, Florida, 33128 on **Wednesday December 23, 2009 at 2:00 p.m.** The Court has set aside one hour for this matter. Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case or resolution of the scheduled Motion.

b. Defendant shall have until and including **December 16, 2009 at 2:00 p.m.** to file and serve its response respond to Plaintiff's Motion.

c. Plaintiff shall have until **December 21, 2009 at 2:00 p.m.** to file a reply, if one is warranted.

DONE AND ORDERED in Chambers in Miami, Florida this 10th day of December, 2009.

                                                                     THE HONORABLE ALAN S. GOLD
                                                                     UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Chris M. McAliley
     Counsel of record