UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23436-CIV-GOLD/McALILEY

ROLANDO LUZBEL

        Plaintiff,

vs.

SWISSPORT USA, INC.,

        Defendant.
_____/

## JOINT NOTICE OF DESIGNATION OF MEDIATOR

Pursuant to the Court's Order Requiring Compliance with Local Rule 16.1 and the parties' Joint Scheduling Report, the parties have conferred and agreed upon retired Judge Thomas S. Wilson to act as the certified mediator in this case. Although a date certain has not been scheduled, the parties will mediate prior to the mediation cut-off of October 29, 2010.

Respectfully submitted this 9th day of March, 2010.

| By: /s/ Allison E. Nold | By: /s/ Juan David Lopez |
|---|---|
| Richard M. Dunn, Esquire (126953) | Juan David Lopez, Esq. (41376) |
| rdunn@cozen.com | MONTOYA LOPEZ, P.L., |
| Allison E. Nold (0041746) | 4960 Southwest 72nd Avenue, |
| anold@cozen.com | Suite 303 |
| COZEN O'CONNOR | Miami, Florida 33155 |
| Wachovia Financial Center | Telephone: (305) 665-5353 |
| 200 South Biscayne Boulevard | Facsimile: (305) 665-6130 |
| Suite 4410 | *Attorneys for Plaintiff Luzbel* |
| Miami, Florida 33131-2303 | |
| Telephone: (305) 704-5940 | |
| Facsimile: (305) 704-5955 | |
| Attorneys for Defendant Swissport | |